**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL,

       Plaintiff,

  v.

DIAMOND FOODS, INC.,

       Defendant.

_____/

No.  C 10-01192 JSW

**ORDER VACATING HEARING AND TERMINATING MOTION TO DISMISS AS MOOT**

On May 28, 2010, Defendant filed a Motion to Dismiss Plaintiff's Complaint, which is set for hearing on July 9, 2010.  On June 18, 2010, Plaintiff filed an Amended Complaint. Accordingly, the Court HEREBY TERMINATES AS MOOT the pending motion to dismiss and VACATES the July 9, 2010 hearing date.

    **IT IS SO ORDERED.**

Dated:   June 21, 2010

                          _____
                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE