| | |
|---|---|
| 1 | Jeffrey J. Lederman (SBN: 104622) |
|   | jlederman@winston.com |
| 2 | Jeffrey S. Bosley (SBN: 167629) |
|   | jbosley@winston.com |
| 3 | Amanda L. Groves (SBN: 187216) |
|   | agroves@winston.com |
| 4 | Leda M. Mouallem (SBN: 221258) |
|   | lmouallem@winston.com |
| 5 | WINSTON & STRAWN LLP |
|   | 101 California Street |
| 6 | San Francisco, CA 94111-5802 |
|   | Telephone:  (415) 591-1000 |
| 7 | Facsimile:  (415) 591-1400 |
| 8 | Attorneys for Defendant |
|   | DIAMOND FOODS, INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV 10 1192 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Date: October 1, 2010<br>Time: 1:30 p.m.<br>Ctrm: 11, Nineteenth Floor<br><br>Date Complaint Filed: March 22, 2010 |

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE

Pursuant to Local Rules 7-12, 16-2(d) and this Court's Civil Standing Order, the Parties respectfully requests an Order for a one-week continuance of the Initial Case Management Conference currently scheduled for Friday, October 1, 2010 at 1:30 p.m.

WHEREAS, this action was originally filed on March 22, 2010.

WHEREAS, the Initial Case Management Conference was set for June 29, 2010.

WHEREAS, on July 14, 2010, the Court *sua sponte* continued the Initial Case Management Conference to October 2, 1010 at 1:30 pm.; and

WHEREAS, lead trial counsel in this action are required to appear at the Initial Case Management Conference, and intend to appear in person.

The Parties respectfully request that the Court grant a brief continuance and reschedule the Initial Case Management Conference to **Friday, October 8, 2010 at 1:30 p.m**. Good cause exists to continue the Initial Case Management Conference because both lead trial counsel for Defendant Diamond Foods, Inc. are out of the area on October 1, 2010 on previous commitments. The Parties will not be prejudiced by the short continuance, have met and conferred on the issue, and agree to the brief continuance.

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the Plaintiff Elliot Zeisel and Defendant Diamond Foods, Inc., that, pending the Court's approval and availability, the date for the Initial Case Management Conference is moved to **Friday, October 8, 2010 at 1:30 p.m.**

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE

Dated: 9/15/10

By: _____
Janet Lindner Spielberg
Law Offices of Janet Lindner Spielberg
Attorneys for Plaintiff
ELLIOT ZEISEL

Dated: 9/15/10

By: /s/ Leda M. Mouallem
Jeffrey J. Lederman
Jeffrey S. Bosley
Leda M. Mouallem
Winston & Strawn LLP
Attorneys for Defendant
DIAMOND FOODS, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 16, 2010

_____
The Honorable Jeffrey S. White
United States District Judge

2

STIPULATION AND [PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE