IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL,

    Plaintiff,

  v.

DIAMOND FOODS, INC.,

    Defendant.
                                      /

No.  C 10-01192 JSW

**ORDER OF REFERRAL**

    Pursuant to Northern District Civil Local Rule 72-1, any and all discovery disputes in this matte are HEREBY REFERRED to a randomly assigned Magistrate Judge.  If the parties have not received an assignment within fourteen (14) days of the date of this Order, please contact this Court's Courtroom Deputy, Jennifer Ottolini, at 415-522-4172.

    **IT IS SO ORDERED.**

Dated:  October 12, 2010

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

cc: Susan Imbriani