UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZIESEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

  v.

DIAMOND FOODS, INC.,

    Defendant.

No. 10-1192 JSW (EDL)

**ORDER TEMPORARILY SEALING TRANSCRIPT OF JANUARY 25, 2011 DISCOVERY HEARING**

On January 25, 2011, this Court held a hearing on Defendant's motion to compel. At the hearing, counsel for Plaintiff requested that the transcript of the hearing be sealed to protect her client's privacy. Plaintiff is hereby Ordered to file a formal request to seal the transcript of the hearing by no later than one week from the date of this Order. The request should include relevant legal authority and factual allegations supported by declaration. Defendant shall have one week from the date of the request to oppose the request, or file a statement of non-opposition. Until the Court rules on the pending request to seal the transcript, the transcript shall be temporarily sealed.

**IT IS SO ORDERED.**

Dated: January 25, 2011

                              ELIZABETH D. LAPORTE
                              United States Magistrate Judge