UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZIESEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

    v.

DIAMOND FOODS, INC.,

    Defendant.
_____/

No. 10-1192 JSW (EDL)

**ORDER REGARDING MOTION TO SEAL TRANSCRIPT OF JANUARY 25, 2011 DISCOVERY HEARING**

On January 25, 2011, this Court held a hearing on Defendant's motion to compel. At the hearing, counsel for Plaintiff requested that the transcript of the hearing be sealed to protect her client's privacy, and thereafter filed a motion to file the transcript under seal. See Dkt. # 64. Plaintiff's motion does not comply with Local Rule 79-5(a), which requires that sealing requests be "narrowly tailored to seek sealing only of sealable material." Plaintiff's motion seeks to seal the entire hearing transcript, though much of the discussion during the hearing was unrelated to Plaintiff's private medical information. The Court therefore denies Plaintiff's request to seal the entire motion hearing transcript. Plaintiff is hereby Ordered to amend his motion to seal the hearing transcript to comply with Local Rule 79-5(c) and present a narrowly tailored request, declaration and proposed order. Until the Court rules on the pending request to seal the transcript, the transcript

//

shall remain temporarily sealed.

**IT IS SO ORDERED.**

Dated: February 9, 2011

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge