IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

DIAMOND FOODS, INC., a Delaware corporation,

    Defendant.

No. C 10-01192 JSW

**ORDER REQUIRING DIAMOND FOODS, INC. TO FILE DOCKET NO. 128 IN THE PUBLIC RECORD**

On May 6, 2011, Defendant, Diamond Foods, Inc. ("Diamond"), filed an Administrative Motion to Seal Excerpts of its Objections to New Evidence Submitted in Plaintiff's Reply Memorandum. (Docket No. 128). Although Diamond filed its Administrative Motion under seal, that motion contains no sealable information. Accordingly, it is HEREBY ORDERED that Diamond shall file its Administrative Motion, Docket No. 128, in the public record by the close of business on May 9, 2011.

**IT IS SO ORDERED.**

Dated: May 9, 2011

                                                          JEFFREY S. WHITE
                                                        UNITED STATES DISTRICT JUDGE