IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL, on behalf of himself and all others similarly situated,

    Plaintiffs,

v.

DIAMOND FOODS, INC., a Delaware corporation,

    Defendant.

    /

No. C 10-01192 JSW

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

The Court has received and considered Plaintiff's Response to this Court's Order to Show Cause regarding sealing. It is HEREBY ORDERED that the Order to Show Cause is DISCHARGED. The following portions of Defendant's opposition to the motion for class certification shall be sealed, with the exception of references to citations to the record:

    5:16-17, 20:17-21:3, 21:10, 22:6.

Defendant shall file a revised redacted version of its opposition brief in accordance with the Court's various rulings on the motions to seal by no later than May 13, 2011.

**IT IS SO ORDERED.**

Dated: May 9, 2011

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE