IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT ZEISEL, | |
| Plaintiff, | No. C 10-01192 JSW |
| v. | **ORDER VACATING HEARING ON MOTION FOR CLASS CERTIFICATION** |
| DIAMOND FOODS, INC., | |
| Defendant. / | |

This matter is scheduled for a hearing on Plaintiff's motion for class certification. The Court has reviewed the parties' papers and finds the matter suitable for disposition without oral argument. *See* N.D. Civ. L.R. 7-1(b). Accordingly, the hearing set for May 13, 2011 is VACATED, and the Court shall issue a written ruling in due course.

**IT IS SO ORDERED.**

Dated: May 11, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE