IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>　　　　Defendant.<br>_____/ | No. C 10-01192 JSW<br><br>**ORDER RE PLAINTIFF'S MOTION TO SEAL PORTIONS OF REPLY BRIEF AND FRENCH DECLARATION** |

On May 9, 2011, the Court issued an Order granting in part and denying in part Plaintiff's administrative motion to seal portions of his reply brief in support of the motion for class certification as well as portions of the French Declaration. The Court required Defendant to make a further showing as to why certain portions of those documents should be sealed, and ordered Plaintiff not to file a revised redacted brief until further order of the Court. Diamond has now responded to the Court's Order, and has stated that it does not seek to seal those portions of the Plaintiff's reply brief and the French Declaration as to which the Court required a further showing. Accordingly, Plaintiff shall electronically file a revised redacted version of his reply brief and the French Report, in accordance with the Court's May 9 Order, by June 10, 2011.

**IT IS SO ORDERED.**

Dated: June 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE