| | |
|---|---|
| Jeffrey J. Lederman (SBN: 104622)<br>jlederman@winston.com<br>Jeffrey S. Bosley (SBN: 167629)<br>jbosley@winston.com<br>Amanda L. Groves (SBN: 187216)<br>agroves@winston.com<br>Leda M. Mouallem (SBN: 221258)<br>lmouallem@winston.com<br>Lindsay C. Llewellyn (SBN: 257936)<br>lcllewellyn@winston.com<br>Sean D. Meenan (SBN: 260466)<br>smeenan@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br><br>Attorneys for Defendant<br>DIAMOND FOODS, INC. | Joseph N. Kravec, Jr. (admitted *pro hac vice*)<br>STEMBER FEINSTEIN DOYLE<br>  & PAYNE, LLC<br>429 Forbes Avenue, 17th Floor<br>Pittsburgh, PA 15219<br>Tel: (412) 281-8400<br>Fax: (412) 281-1007<br>Email: jkravec@stemberfeinstein.com<br><br>Counsel for Plaintiff<br>ELLIOT ZEISEL<br><br>Janet Lindner Spielberg (Bar No. 221926)<br>LAW OFFICE OF JANET LINDNER<br>SPIELBERG<br>12400 Wilshire Blvd., Suite 400<br>Los Angeles, CA 90025<br>Tel: (310) 392-8801<br>Fax: (310) 278-5938<br>Email: jlspielberg@jlslp.com<br><br>Counsel for Plaintiff<br>ELLIOT ZEISEL<br><br>Michael D. Braun (Bar No. 167416)<br>BRAUN LAW GROUP, P.C.<br>10680 W. Pico Blvd., Suite 280<br>Los Angeles, CA 90064<br>Tel: (310) 836-6000<br>Fax: (310) 836-6010<br>Email: service@braunlawgroup.com<br><br>Counsel for Plaintiff<br>ELLIOT ZEISEL |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:10-cv-01192 JSW (EDL)<br><br>**JOINT STIPULATED REQUEST AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER AMENDING FEBRUARY 3, 2011 ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** *AS MODIFIED HEREIN*<br><br>Date Complaint Filed: March 22, 2010 |

Pursuant to this Court's Civil Standing Orders, October 19, 2010 Order Scheduling Trial and Pretrial Matters, February 3, 2011 Order Amending October 19, 2010 Order Scheduling Trial and Pretrial Matters and Civil Local Rules 6-2, 7-1(a) and 7-12, Plaintiff Elliot Zeisel ("Plaintiff") and Defendant Diamond Foods, Inc. ("Diamond") (collectively, the "Parties") stipulate and agree as follows:

WHEREAS, on October 19, 2010 the Court entered its Order Scheduling Trial and Pretrial Matters [Docket No. 41] ("2010 Scheduling Order");

WHEREAS, on February 3, 2011 the Court modified the 2010 Scheduling Order pursuant to the parties' Joint Stipulated Request and entered its Order Amending Order Scheduling Trial and Pretrial Matters [Docket No. 66] ("2011 Scheduling Order");

WHEREAS, the Parties have since agreed to mediate this case and are scheduling a mediation in San Francisco for August 2011;

WHEREAS, the Parties agree that mediation will be more successful if conducted before significant expert discovery costs are incurred;

WHEREAS, the Parties have been working diligently and expeditiously to conduct fact discovery in this matter, have successfully reached agreement on nearly all discovery issues to date and respectfully request a two-month extension of the discovery cut-off dates and trial date to allow for the proposed mediation before expert discovery and to accommodate the scheduling matters – mostly related to third-party objections and motions – described in the accompanying declarations;

THEREFORE, the undersigned Parties submit this stipulated request and respectfully request the Court amend the 2011 Scheduling Order as follows:

Jury Trial Date: Monday, 1/30/2012, at 8:00 a.m., 10-day estimate (*previously 11/28/2011*)

Pretrial Conference: Monday, 1/9/2012, at 2:00 p.m. (*previously 11/7/2011*)

Last Day to Hear Dispositive Motions: Friday, 12/16/2011, 9:00 a.m. (*previously 9/2/2011*)

Last Day for Expert Discovery: Friday, 10/21/2011 (*previously 7/27/2011*)

Last Day for Expert Disclosure: Friday, 9/30/2011 (*previously 7/12/2011*)

Close of Non-Expert Discovery: Wednesday, 8/31/2011 (*previously 6/27/2011*)

1

1 / / /

2     Further Case Management Conference: Friday, 6/17/2011, 1:30 p.m. (*no change*)

3     Joint Supplemental Case Management Statement due: Friday, 6/10/2011 (*no change*)

4

5 **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

6                                             Respectfully submitted,

7 Dated: June 9, 2011             STEMBER FEINSTEIN DOYLE & PAYNE, LLC

8                                           By: */s/ Joseph N. Kravec, Jr.*

9                                                 Joseph N. Kravec, Jr.
Attorneys for Plaintiff
ELLIOT ZEISEL

10

11 Dated: June 9, 2011             WINSTON & STRAWN LLP

12                                           By: */s/ Amanda L. Groves*

13                                                 Amanda L. Groves
Attorneys for Defendant
DIAMOND FOODS, INC.

14

15

16

17 I, Amanda L. Groves, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

18

19                                                                     */s/ Amanda L. Groves*
                                                                       Amanda L. Groves

20

21 **PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED HEREIN**

22 June 13, 2011                                               *Jeffrey S. White*
Date                                                      The Honorable Jeffrey S. White
23                                                      United States District Judge

24 The deadline to hear dispositive motions is scheduled for Friday, November 4, 2011 at 9:00 a.m.
25 The parties' proposal extends the existing deadlines by more than two months, and it does not leave sufficien time between the hearing and the pretrial conference for the parties to meaningfully
26 prepare the pretrial filings, which are due fourteen days in advance of the pretrial conference.

27 In addition, the Court VACATES the Case Management Conference set for June 17, 2011.

28

JOINT STIPULATED REQUEST AND [PROPOSED] ORDER AMENDING ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS
Case No. 3:10-CV-01192 JSW (EDL)
SF:311449.3