| | |
|---|---|
| Jeffrey J. Lederman (SBN: 104622) <br> jlederman@winston.com <br> Jeffrey S. Bosley (SBN: 167629) <br> jbosley@winston.com <br> Amanda L. Groves (SBN: 187216) <br> agroves@winston.com <br> Lindsay C. Llewellyn (SBN: 257936) <br> lcllewellyn@winston.com <br> Sean D. Meenan (SBN: 260466) <br> smeenan@winston.com <br> WINSTON & STRAWN LLP <br> 101 California Street <br> San Francisco, CA 94111-5802 <br> Telephone: (415) 591-1000 <br> Facsimile: (415) 591-1400 <br><br> Attorneys for Defendant <br> DIAMOND FOODS, INC. | Joseph N. Kravec, Jr. (admitted *pro hac vice*) <br> STEMBER FEINSTEIN DOYLE <br> & PAYNE, LLC <br> 429 Forbes Avenue, 17th Floor <br> Pittsburgh, PA 15219 <br> Tel: (412) 281-8400 <br> Fax: (412) 281-1007 <br> Email: jkravec@stemberfeinstein.com <br><br> Counsel for Plaintiff <br> ELLIOT ZEISEL <br><br> Janet Lindner Spielberg (Bar No. 221926) <br> LAW OFFICE OF JANET LINDNER <br> SPIELBERG <br> 12400 Wilshire Blvd., Suite 400 <br> Los Angeles, CA 90025 <br> Tel: (310) 392-8801 <br> Fax: (310) 278-5938 <br> Email: jlspielberg@jlslp.com <br><br> Counsel for Plaintiff <br> ELLIOT ZEISEL <br><br> Michael D. Braun (Bar No. 167416) <br> BRAUN LAW GROUP, P.C. <br> 10680 W. Pico Blvd., Suite 280 <br> Los Angeles, CA 90064 <br> Tel: (310) 836-6000 <br> Fax: (310) 836-6010 <br> Email: service@braunlawgroup.com <br><br> Counsel for Plaintiff <br> ELLIOT ZEISEL |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIAMOND FOODS, INC., a Delaware corporation, <br><br> Defendant. | **Case No. 3:10-cv-01192 JSW (EDL)** <br><br> **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER AMENDING JUNE 13, 2011 ORDER SCHEDULING TRIAL AND PRETRIAL MATTERS** <br><br> Date Complaint Filed: March 22, 2010 |

Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

1   Pursuant to this Court's Civil Standing Orders, October 19, 2010 Order Scheduling Trial and
2   Pretrial Matters, February 3, 2011 Order Amending October 19, 2010 Order Scheduling Trial and
3   Pretrial Matters, June 13, 2011 Order Amending February 3, 2011 Order Scheduling Trial and
4   Pretrial Matters, and Civil Local Rules 6-2, 7-1(a) and 7-12, Plaintiff Elliot Zeisel ("Plaintiff") and
5   Defendant Diamond Foods, Inc. ("Diamond") (collectively, the "Parties") stipulate and agree as
6   follows:
7       WHEREAS, on October 19, 2010 the Court entered its Order Scheduling Trial and Pretrial
8   Matters [Docket No. 41] ("October 2010 Scheduling Order");
9       WHEREAS, on February 3, 2011 the Court modified the October 2010 Scheduling Order
10  pursuant to the parties' Joint Stipulated Request and entered its Order Amending Order Scheduling
11  Trial and Pretrial Matters [Docket No. 66] ("February 2011 Scheduling Order");
12      WHEREAS, on June 13, 2011 the Court modified the February 2011 Scheduling Order
13  pursuant to the parties' Joint Stipulated Request and entered its Order Amending Order Scheduling
14  Trial and Pretrial Matters [Docket No. 158] ("June 2011 Scheduling Order");
15      WHEREAS, in an attempt to avoid motion practice regarding certain depositions, the Parties
16  are in the process of negotiating an agreement by which Diamond will produce additional documents
17  in lieu of certain depositions;
18      WHEREAS, the Parties have been working diligently and expeditiously to conduct fact
19  discovery in this matter, have successfully reached agreement on nearly all discovery issues to date
20  and respectfully request a two-week extension of the expert discovery and disclosure cut-off dates to
21  allow for Parties to resolve their remaining discovery disputes– mostly related to a single deposition
22  – described in the accompanying declarations;
23      THEREFORE, the undersigned Parties submit this stipulated request and respectfully request
24  the Court amend the June 2011 Scheduling Order as follows:
25      Jury Trial Date: Monday, 1/30/2012, at 8:00 a.m., 10-day estimate (*no change*)
26      Pretrial Conference:  Monday, 1/9/2012, at 2:00 p.m. (*no change*)
27      Last Day to Hear Dispositive Motions: Friday, 11/4/2011, 9:00 a.m.  (*no change*)
28      Last Day for Expert Discovery: Friday, 11/4/2011 (*previously 10/21/2011*)

Last Day for Expert Disclosure: Friday, 10/14/2011 (*previously 9/30/2011*)

Close of Non-Expert Discovery: Wednesday, 8/31/2011 (*no change*)

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

        Respectfully submitted,

Dated: August 29, 2011    STEMBER FEINSTEIN DOYLE & PAYNE, LLC

By: */s/ Joseph N. Kravec, Jr.*
Joseph N. Kravec, Jr.
Attorneys for Plaintiff
ELLIOT ZEISEL

Dated: August 29, 2011    WINSTON & STRAWN LLP

By: */s/ Amanda L. Groves*
Amanda L. Groves
Attorneys for Defendant
DIAMOND FOODS, INC.

I, Amanda L. Groves, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

    */s/ Amanda L. Groves*
Amanda L. Groves

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: August 30, 2011

The Honorable Jeffrey S. White
United States District Judge