UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO.: CV 10-01192-JSW (EDL)<br><br>DECLARATION OF TIFFANEY A. JANOWICZ, REGARDING CLASS NOTICE |

I, Tiffaney A. Janowicz, being first duly sworn, depose and say as follows:

1. I am a senior vice president of Rust Consulting, Inc. ("Rust), a national settlement and claims administration firm with offices in Minnesota, California, New York, Florida, and Washington, D.C. My business address is 625 Marquette Avenue, Suite 880, Minneapolis, Minnesota 55402.

2. Rust was retained by Stember Feinstein Doyle & Payne to administer the class notice as it is approved by the Court for the above-captioned matter. In that capacity, I make the following representations on the basis of my own personal knowledge. If called as a witness, I could and would competently testify to the matters stated herein.

3. Rust administers class actions, mass torts, and other settlements; public sector programs; and other large-scale, complex, and time-sensitive projects. Our class action experience encompasses antitrust, consumer, finance, insurance and healthcare, labor and employment, securities, property, and telecom practice area cases. Rust has provided services for more than 3,000 settlements or projects and distributed billions of dollars to various claimants. Among our past and current clients are plaintiffs' law firms, defense law firms, Fortune 500 companies, and a number of public sector agencies at the federal, state, and local levels.

4. Claims administration services Rust routinely provides include pre-settlement consultation, design of notice and claim forms, claimant and class data management, the creation and implementation of customized notification and claim form plans, call center creation and staffing, claims processing and transaction services, website creation and management, media purchasing and placement, and tax reporting.

**PUBLICATION OF NOTICE**

5. Rust will retain Kinsella Media, a nationally recognized class action media placement firm, to place publication notice as directed by the Court.

6. Rust will create and maintain the settlement website. The settlement website will provide access to the notice, claim form and settlement agreement as well as the toll-free number, mailing address for the Settlement Administrator, contact information for Class Counsel and Frequently Asked Questions and Answers. The Internet address will appear in the published notice, mailed notice,

and long-form notice. Spanish and English printer-friendly versions of the long-form notice will be available for download.

## ADDITIONAL SERVICES

7. In addition to the publication notice program, Rust will mail notice to the last known addresses of identifiable class members.

8. Prior to mailing, Rust will verify and update the class member list address information through the National Change of Address database ("NCOA"). NCOA contains all requested changes of address which have been filed within the past 48 months with the United States Postal Service ("USPS") and are currently in effect. Addresses from the Class Member List will be cross-referenced with addresses found in the NCOA cards filed with the USPS. The Coding Accuracy Support System ("CASS") also will be utilized to standardize the addresses in the Class Member List to ensure that they conform to USPS rules by using a computer program designed for that purpose.

9. Rust will remail any mailed notices returned by the USPS with forwarding addresses attached.

10. Additionally, a toll-free telephone support line providing 24-hour service via an Interactive Voice Response system will be established for receiving questions and requests for the long-form notice package in either English or Spanish. The toll-free telephone number for the support line will appear in the published notice, mailed notice and long-form notice and settlement website.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

EXECUTED this September 29, 2011, in Boulder, Colorado.

By: _Tiffaney A. Janowicz_
Tiffaney A. Janowicz
Rust Consulting, Inc.