IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL,

    Plaintiff,

    v.

DIAMOND FOODS, INC.,

    Defendant.

No. C 10-01192 JSW

**ORDER DENYING ADMINISTRATIVE MOTION TO SEAL**

On September 30, 2011, Defendant Diamond Foods, Inc. filed an administrative motion to file under seal certain portions of its motion for summary judgment as well as portions of declarations and exhibits in support of that motion. Diamond argues that the Court should seal these documents on the basis that they contain materials covered by the attorney-client privilege. Apart from asserting that the documents are privileged, Diamond offers no authority to support the proposition that the Court should permit those documents to be sealed where it has chosen to rely on them to move for summary judgment on Plaintiff's claims. In addition, it offers no explanation of what harm, if any, might result from disclosure.

Accordingly, the Court concludes that Diamond has not established that the documents should be sealed. *See Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1178-81 (9th Cir. 2006) ("[W]e treat judicial records attached to dispositive motions differently from records attached to non-dispositive motions. Those who seek to maintain the secrecy of documents attached to dispositive motions must meet the high threshold of showing that 'compelling reasons' support secrecy.").

By no later than October 18, 2011, Diamond shall: (1) file a renewed motion to seal these documents by no later than October 18, 2011 establishing compelling reasons to seal the documents; (2) withdraw its request to seal the documents; or (3) withdraw its reliance on the documents in support of the motion.

**IT IS SO ORDERED.**

Dated: October 11, 2011



JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE