Jeffrey J. Lederman (SBN: 104622)
jlederman@winston.com
Jeffrey S. Bosley (SBN: 167629)
jbosley@winston.com
Amanda L. Groves (SBN: 187216)
agroves@winston.com
Lindsay C. Llewellyn (SBN: 257936)
lcllewellyn@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone:   (415) 591-1000
Facsimile:   (415) 591-1400

Attorneys for Defendant
DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No. 3:10-cv-01192 JSW (EDL)<br>**ORDER RE**<br><br>**DEFENDANT DIAMOND FOODS, INC.'S NOTICE OF WITHDRAWAL OF THE DECLARATION OF SARAH ROLLER IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT, AND THE EXHIBITS THERETO, EXCERPTS OF AND EXHIBIT I TO THE DECLARATION OF JEFFREY S. BOSLEY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT, AND PORTIONS OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　March 2, 2012<br>Time:　　9:00 a.m.<br>Place:　　Courtroom 11, Nineteenth Floor<br>Judge:　　Honorable Jeffrey S. White<br>Date Complaint Filed: March 22, 2010 |

1  TO THE COURT, PLAINTIFF, AND HIS ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that in accordance with this Court's October 11, 2011 Order Denying Administrative Motion to Seal (Docket Entry ("DE") 192), Diamond Foods, Inc. withdraws, without prejudice, the following: (1) the Declaration of Sarah Roller in Support of Defendant's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Roller Declaration") (DE 188), and all exhibits thereto; (2) paragraphs 10 through 12 and Exhibit I of the Declaration of Jeffrey S. Bosley in Support of Defendant's Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Bosley Declaration") (DE 187); and (3) the following portions of Defendant Diamond Foods, Inc.'s Motion for Summary Judgment, or in the Alternative, for Partial Summary Judgment ("Motion for Summary Judgment") (DE 186): (a) Page 1, line 28, all of the words after "In 2001," through the end of the line; (b) Page 2, all of lines 1-2; and (c) Page 2, line 3, all of the words before "(Declaration . . .." Because Diamond is withdrawing the information listed above, it requests that this information not be publicly filed with the Court.

Dated: October 18, 2011            WINSTON & STRAWN LLP


                                   By: */s/ Jeffrey J. Lederman*
                                       Jeffrey S. Bosley
                                       Jeffrey J. Lederman
                                       Amanda L. Groves
                                       Attorneys for Defendant
                                       DIAMOND FOODS, INC

**PURSUANT TO DIAMOND'S NOTICE, THE REDACTED VERSION OF THE MOTION FOR SUMMARY JUDGMENT AND THE BOSLEY DECLARATION SHALL BE DEEMED TO BE THE ORIGINALS OF DIAMOND'S MOTION FOR SUMMARY JUDGMENT. DIAMOND SHALL MAKE ARRANGEMENTS WITH THE COURT'S DOCKETING CLERK, HILARY JACKSON, TO RETRIEVE THE DOCUMENTS THAT HAVE BEEN WITHDRAWN.**

**October 19, 2011**

*Jeffrey S White*