Michael D. Braun (Bar No. 167416)
**BRAUN LAW GROUP, P.C.**
10680 W. Pico Blvd., Suite 280
Los Angeles, CA 90064
Phone: (310) 836-6000
Fax: (310) 836-6010
E-Mail: service@braunlawgroup.com

Janet Lindner Spielberg (Bar No. 221926)
**LAW OFFICE OF JANET LINDNER SPIELBERG**
12400 Wilshire Blvd., Suite 400
Los Angeles, CA 90025
Phone: (310) 392-8801
Fax: (310) 278-5938
E-Mail: jlspielberg@jlslp.com

Joseph N. Kravec, Jr. (*pro hac vice*)
Ellen M. Doyle (*pro hac vice*)
Wyatt A. Lison (*pro hac vice*)
Maureen Davidson-Welling (*pro hac vice*)
**STEMBER FEINSTEIN DOYLE & PAYNE, LLC**
429 Forbes Avenue, 17th Floor
Pittsburgh, PA 15219
Tel: (412) 281-8400
Fax: (412) 281-1007
Email: jkravec@stemberfeinstein.com
edolye@stemberfeinstein.com
wlison@stemberfeinstein.com
mdavidsonwelling@stemberfeinstein.com

*Counsel for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. CV 10-01192-JSW (EDL)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING ALL DEADLINES** |

WHEREAS, on October 13, 2011, the Court entered an Order establishing deadlines for Class Notice to be sent, for summary judgment to be briefed and heard, for expert discovery and for a trial in this action. *See* Doc. 194;

WHEREAS, on October 13, 2011, after a day-long mediation and after the Court entered the above-referenced scheduling Order, Plaintiff Elliot Zeisel and Defendant Diamond Foods, Inc. (collectively, the "Parties") reached an agreement in principle regarding the class-wide settlement of

this class action lawsuit subject to final settlement documentation and approval of the Court of a final settlement agreement;

WHEREAS, the Parties still need to document a final settlement agreement. After the Parties document a final settlement agreement, the Parties anticipate filing a motion to submit to this Court for preliminary approval of the settlement, for entry of plan for dissemination of settlement class notice and for setting of a fairness hearing for final approval;

WHEREAS, the Parties believe that in light of their agreement in principle, all current pre-trial and trial deadlines should be stayed pending a Case Management Conference on Friday, December 9, 2011 at 1:30 p.m., so that the Parties can focus on documenting a final settlement agreement and preparing a motion for preliminary approval;

WHEREAS, if the Parties are able to document a final settlement agreement and file a motion for preliminary approval of the settlement before the Case Management Conference on Friday, December 9, 2011 at 1:30 p.m., then the Parties agree the December 9, 2011 Case Management Conference may be vacated and removed from the Court's calendar, and all pre-trial and trial deadlines, other than those associated with the settlement, may be vacated in their entirety and removed from the Court's calendar;

WHEREAS, there have been seven prior extensions of time in this Action. *See* Docs. 5, 27, 32, 66, 158, 163, and 194;

WHEREAS, this Stipulation is made in good faith and not for purposes of delay;

WHEREAS, good cause exists for the foregoing modifications to the schedule in this action because it would promote judicial efficiency to stay all deadlines pending a Case Management Conference on Friday, December 9, 2011 at 1:30 p.m. to allow the Parties time to document a final settlement agreement and to prepare and submit a motion for preliminary approval of the agreed-upon settlement.

IS HEREBY STIPULATED by and between the Parties, through their respective counsel of record, as follows:

(a)  All current deadlines are stayed pending a Case Management Conference on Friday, December 9, 2011 at 1:30 p.m.;

(b) If the Parties are able to document a final settlement agreement and file a motion for preliminary approval before the Case Management Conference on Friday, December 9, 2011 at 1:30 p.m., then the Parties agree the December 9, 2011 Case Management Conference may be vacated and removed from the Court's calendar, and all pre-trial and trial deadlines, other than those associated with the settlement, may be vacated in their entirety and removed from the Court's calendar.

Dated: October 28, 2011

| | |
|---|---|
| **STEMBER FEINSTEIN DOYLE & PAYNE LLC** | **WINSTON & STRAWN LLP** |
| By: /s/ *Joseph N. Kravec, Jr.* <br>     Joseph N. Kravec, Jr. <br>     *(Admitted Pro Hac Vice)* | By: /s/ *Amanda L. Groves* |
| Ellen M. Doyle <br> Wyatt A. Lison <br> Maureen Davidson-Welling <br> Allegheny Building, 17th Floor <br> 429 Forbes Avenue <br> Pittsburgh, PA 15219 <br> Telephone: (412) 281-8400 <br> Facsimile: (412) 281-1007 | Jeffrey J. Lederman <br> Jeffrey S. Bosley <br> Amanda L. Groves <br> 101 California Street <br> San Francisco, CA 94111-5802 <br> Telephone: (415) 951-1000 <br> Facsimile: (415) 951-1400 |
| Janet Lindner Spielberg <br> **LAW OFFICES OF JANET LINDNER SPIELBERG** <br> 12400 Wilshire Boulevard, #400 <br> Los Angeles, California 90025 <br> Telephone: (310) 392-8801 <br> Facsimile: (310) 278-5938 | ***Attorneys for Defendant Diamond Foods, Inc.*** |
| Michael D. Braun (SBN 167416) <br> **BRAUN LAW GROUP, P.C.** <br> 10680 West Pico Boulevard, Suite 280 <br> Los Angeles, CCalifornia 90064 <br> Telephone: (310) 836-6000 <br> Facsímile: (310) 836-6010 | |

***Attorneys for Plaintiff and the Class***

I, Amanda L. Groves, hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                                                        /s/ *Amanda L. Groves* <br>
                                                          Amanda L. Groves

///

///

1 **[PROPOSED] ORDER**

2 PURSUANT TO STIPULATION, IT IS SO ORDERED. If the parties are unable to finalize a settlement agreement by December 2, 2011, a case management statement shall be due on that date.

4 Dated October 31, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE