| | |
|---|---|
| Janet Lindner Spielberg (SBN 221926) | Joseph N. Kravec, Jr. (*pro hac vice*) |
| **LAW OFFICES OF JANET LINDNER SPIELBERG** | Ellen M. Doyle (*pro hac vice*) |
| 12400 Wilshire Boulevard, #400 | Wyatt Lison (*pro hac vice*) |
| Los Angeles, California 90025 | Maureen Davidson-Welling (*pro hac vice*) |
| Tel: (310) 392-8801 | **STEMBER FEINSTEIN DOYLE & PAYNE LLC** |
| Fax: (310) 278-5938 | Allegheny Building, 17th Floor |
| Email: service@braunlawgroup.com | 429 Forbes Avenue |
| | Pittsburgh, PA 15219 |
| Michael D. Braun (SBN 167416) | Tel: (412) 281-8400 |
| **BRAUN LAW GROUP, P.C.** | Fax: (412) 281-1007 |
| 10680 West Pico Boulevard, Suite 280 | Email: jkravec@stemberfeinstein.com |
| Los Angeles, California 90064 | Email: edoyle@stemberfeinstein.com |
| Tel: (310) 836-6000 | Email: wlison@stemberfeinstein.com |
| Fax: (310) 836-6010 | Email: mdavidsonwelling@stemberfeinstein.com |
| Email: jlspielberg@jlslp.com | |

*ATTORNEYS FOR PLAINTIFF*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> DIAMOND FOODS, INC., a Delaware corporation, <br><br> Defendant. | **CASE NO.: CV 10-1192** <br><br> **CLASS ACTION** <br><br> **STIPULATION PURSUANT TO FED. R. CIV. PROC. 15(a)(2) FOR FILING OF SECOND AMENDED COMPLAINT AND [PROPOSED] ORDER** |

1  Plaintiff Elliot Zeisel ("Plaintiff") and Defendant Diamond Foods, Inc. ("Diamond")
2 (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as
3 follows:

4  WHEREAS, on March 22, 2010 Plaintiff filed his Complaint in this action [Docket No. 1];

5  WHEREAS, on June 18, 2010 Plaintiff filed his First Amended Complaint in this action
6 [Docket No. 15];

7  WHEREAS, on October 19, 2010 the Court entered its Order Scheduling Trial and Pretrial
8 Matters [Docket No. 41], which adopted by reference the Parties' January 15, 2010 proposed
9 deadline to amend the pleadings;

10  WHEREAS, Plaintiff and Diamond participated in two mediation sessions, the second held
11 on October 13, 2011;

12  WHEREAS, as a result of their mediation efforts the Parties reached a settlement in principle
13 subject to final settlement documentation and approval of the Court of a final settlement agreement;

14  WHEREAS, Plaintiff now seeks to amend his operative complaint to conform to the scope of
15 the class and claims subject to the Parties' settlement agreement in principle;

16  WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(2), Diamond consents to
17 Plaintiff filing his Second Amended Complaint without the need for a motion seeking leave of
18 Court;

19  WHEREAS, a true and correct copy of Plaintiff's proposed Second Amended Complaint is
20 attached hereto as Exhibit A;

21  THEREFORE, (1) without admitting the allegations therein, and expressly denying liability,
22 Diamond consents pursuant to Federal Rule of Civil Procedure 15(a)(2) to Plaintiff filing his Second
23 Amended Complaint, a copy of which is attached hereto as Exhibit A; (2) Plaintiff shall file the
24 Second Amended Complaint separately today; (3) the Second Amended Complaint shall be deemed
25 served as of the time it is filed; (4) Diamond shall respond to the Second Amended Complaint within
26 the time established by the Federal Rules of Civil Procedure.

27  **IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

28

Dated:  November 8, 2011                    Respectfully submitted,

**STEMBER FEINSTEIN DOYLE**            **WINSTON & STRAWN LLP**
   **& PAYNE LLC**

By:  */s/ Joseph N. Kravec, Jr.*            By:  */s/ Amanda L. Groves*
         Joseph N. Kravec, Jr.                          Amanda L. Groves
         *(Admitted Pro Hac Vice)*

Ellen M. Doyle                              Jeffrey J. Lederman
Wyatt A. Lison                              Jeffrey S. Bosley
Maureen Davidson-Welling                    Amanda L. Groves
Allegheny Building, 17th Floor              101 California Street
429 Forbes Avenue                           San Francisco, CA  94111-5802
Pittsburgh, PA  15219                       Telephone:  (415) 951-1000
Telephone:  (412) 281-8400                  Facsimile:  (415) 951-1400
Facsimile:  (412) 281-1007

                                            ***Attorneys for Defendant Diamond Foods, Inc.***

Janet Lindner Spielberg
**LAW OFFICES OF JANET LINDNER**
   **SPIELBERG**
12400 Wilshire Boulevard, #400
Los Angeles, California  90025
Telephone:  (310) 392-8801
Facsimile:  (310) 278-5938

Michael D. Braun (SBN 167416)
**BRAUN LAW GROUP, P.C.**
10680 West Pico Boulevard, Suite 280
Los Angeles, CCalifornia  90064
Telephone:  (310) 836-6000
Facsímile:  (310) 836-6010

***Attorneys for Plaintiff and the Class***

3

Stipulation Pursuant to Fed. R. Civ. Proc. 15(a)(2) for Filing of Second Amended Complaint and [Proposed] Order;
Case No.: CV 10-1192

I, Joseph N. Kravec, Jr., hereby attest, pursuant to N.D. Cal. General Order No. 45, that the concurrence to the filing of this document has been obtained from each signatory hereto.

                ___ */s/ Joseph N. Kravec, Jr.*      .
                  Joseph N. Kravec, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated November 8, 2011             _____
                          JEFFREY S. WHITE
                          UNITED STATES DISTRICT JUDGE

4

Stipulation Pursuant to Fed. R. Civ. Proc. 15(a)(2) for Filing of Second Amended Complaint and [Proposed] Order; Case No.: CV 10-1192