**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL,

    Plaintiff,

  v.

DIAMOND FOODS, INC.,

    Defendant.

No. C 10-01192 JSW

**ORDER DENYING AS MOOT AND WITHOUT PREJUDICE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

The Court has granted the Motion for Preliminary Approval of Settlement. In light of that ruling, the Court HEREBY DENIES AS MOOT, AND WITHOUT PREJUDICE, Defendant's motion for summary judgment, which is noticed for hearing on March 2, 2012. Defendant may renew its motion if, for any reason, the settlement is not finally approved or is otherwise terminated.

**IT IS SO ORDERED.**

Dated: January 30, 2012

                                                  JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE