Jeffrey J. Lederman (SBN: 104622)
jlederman@winston.com
Jeffrey S. Bosley (SBN: 167629)
jbosley@winston.com
Amanda L. Groves (SBN: 187216)
agroves@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Attorneys for Defendant
DIAMOND FOODS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ELLIOT ZEISEL, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIAMOND FOODS, INC., a Delaware corporation,<br><br>Defendant. | Case No. 3:10-cv-01192 JSW (EDL)<br><br>[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE A SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO ADDRESS NEW LAW |

Having considered: (a) Plaintiff's Administrative Motion for Leave to File a Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement to Address New Law ("Plaintiff's Administrative Motion"); (b) the Declaration of Joseph N. Kravec, Jr. in Support of Plaintiff's Administrative Motion for Leave to File a Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement to Address New Law; and (c) Defendant Diamond Foods, Inc.'s Response Pursuant to Civil Local Rule 7-11 Regarding Plaintiff's Administrative Motion for Leave to File a Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement to Address New Law, the Court rules as follows:

1. IT IS HEREBY ORDERED that Plaintiff's Administrative Motion is GRANTED IN PART AND DENIED IN PART.

2. Plaintiff's Administrative Motion is GRANTED to the extent it seeks leave to file a supplemental brief regarding the Ninth Circuit's opinion in *Mazza v. American Honda Motor Co., Inc.*, --- F. 3d ---, 2012 WL 89176 (9th Cir. Jan. 12, 2012) and to bring to the Court's attention *Sullivan v. DB Investments*, _F.3d_, 2011 WL 6367740 (3rd Cir. December 20, 2011).

3. Plaintiff's Administrative Motion is DENIED to the extent it seeks leave to file a supplemental brief regarding amendment of the operative complaint.

4. Plaintiff's Supplemental Brief in Support of Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement to Address New Law attached to Plaintiff's Administrative Motion as Exhibit 1 ("Plaintiff's Supplemental Brief") is hereby deemed filed, in part. Certain portions of Plaintiff's Supplemental Brief do not address the extent the *Mazza* opinion does or does not impact certification of the proposed settlement class, and instead addresses proposed amendments to the operative complaint. These arguments, at page 3, line 11 through page 4, line 16 (including footnote 1) and page 4, line 20 beginning with the word "If" through page 4, line 22, are inappropriate at this stage, and are deemed stricken from Plaintiff's Supplemental Brief.

**IT IS SO ORDERED.**

Dated: January 30, 2012

_____
The Honorable Jeffrey S. White
United States District Judge

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT -- CASE NO. 3:10-cv-01192 JSW (EDL)