IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELLIOT ZEISEL,

    Plaintiff,                      No. C 10-01192 JSW

  v.                               **ORDER RE CORRESPONDENCE**

DIAMOND FOODS,

    Defendant.
                                  /

      The Court has received a letter from a class member regarding the manner in which his claim has been processed. The Court shall electronically file a copy of the letter, so that counsel may take whatever action they deem appropriate.

**IT IS SO ORDERED.**

Dated: January 16, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE